IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  05-cr-00411-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. GERARDO RODRIGUEZ-RODRIGUEZ,
2. ALONZO RODRIGUEZ,
3. HUMBERTO PEREZ-TINICO AND
4. ALONSO JOSE DE JESUS-CHAGOLLAN,

      Defendants.

## MINUTE ORDER

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

      The following Minute Order is entered by Judge Walker D. Miller:

      Defendant Alonzo Rodriguez' motions for joinder (Doc. #45 & #54) are granted to the extent he has standing to do so.  The motion to allow late filing is granted.

      A change of plea hearing for defendant Humberto Perez-Tinico will be held **January 4, 2006, at 9:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

      Defendant Jesus-Chagollon's motion to continue will be heard at the scheduled hearing December 16, 2005.

Dated:  December 13, 2005

                                                    /s/ Jane Trexler, Secretary/Deputy Clerk